**Glendon M. WHITE, Plaintiff–Appellant,**

v.

**Doug DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division; Wal–Mart Corporation; Lolita Ramas, County Clerk, Defendants–Appellees.**

**No. 05–41154**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2006.

Glendon M. White, Iowa Park, TX, pro se.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Glendon M. White, Texas prisoner # 771933, appeals the district court's dis-

---

missal of his 42 U.S.C. § 1983 action for want of prosecution. Although he renews the allegations of his complaint, White does not challenge the district court's conclusion that he failed to comply with the court's order to pay the initial filing fee and thereby abandoned prosecution of his complaint. By failing to brief any argument challenging the district court's reason for dismissal, White has abandoned the only grounds for appeal. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir. 1993); *Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987). The appeal is wholly without arguable merit, is frivolous, and is therefore dismissed. *See Howard v. King,* 707 F.2d 215, 220 (5th Cir.1983); 5TH CIR. R. 42.2.

The dismissal of White's appeal counts as a strike for purposes of 28 U.S.C. § 1915(g). *See Adepegba v. Hammons,* 103 F.3d 383, 387–88 (5th Cir.1996). White is cautioned that if he accumulates three strikes under § 1915(g), he will no longer be allowed to proceed in forma pauperis in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *See* § 1915(g).

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.